

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Mt. Pleasant Independent School District,
Appellant

No. 06-13-00115-CV      v.

Dona K. Elliott, Appellee

Appeal from the 276th District Court of Titus County, Texas (Tr. Ct. No. 36,910). Memorandum Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating. Concurring Opinion by Justice Carter

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and render judgment dismissing Dona K. Elliott's claims against Mt. Pleasant Independent School District for want of jurisdiction.

We further order that the appellee, Dona K. Elliott, pay all costs of this appeal.

RENDERED APRIL 17, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk